**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Frederick Lynn SELLERS,
Defendant—Appellant.**

No. 09–6914.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 22, 2009.

Decided: Oct. 1, 2009.

Frederick Lynn Sellers, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Lynn Sellers appeals the district court's order denying his motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sellers,* No. 4:01–cr00058–CWH–1 (D.S.C. May 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*